# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MEIJI QI,

        Plaintiff,

                                Case No. 3:18-cv-1407-J-34JRK

vs.

BUREAU OF VITAL STATISTICS,
JACKSONVILLE, FLORIDA, Rhonda K.
Adams, Manager,

        Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

    This cause is before the Court sua sponte. Plaintiff initiated this action pro se on November 28, 2018 by filing a Complaint (Doc. No. 1). Plaintiff did not accompany the Complaint with the $400.00 filing fee or a request to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a)(1). On December 5, 2018, the undersigned entered an Order (Doc. No. 2) directing Plaintiff to either (1) complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs by January 11, 2019; or (2) pay the $400.00 filing fee by January 11, 2019.

    Plaintiff failed to act by January 11, 2019. Consequently, the undersigned entered an Order to Show Cause (Doc. No. 4) on January 15, 2019, directing Plaintiff to show cause by February 28, 2019 as to why the undersigned should not recommend dismissal of the matter for failure to prosecute. See Order to Show Cause at 1. Plaintiff was also directed to comply

---

[1] "Within 14 days after being served with a copy of [a report and recommendation on a dispositive issue], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." Id. A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. See Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

with the December 5, 2018 Order by February 28, 2019. Id. at 1-2. Plaintiff was warned that failure to respond by February 28, 2019 may result in a recommendation of dismissal without further notice. Id. at 2.

To date, Plaintiff has not responded in any way to the January 15, 2019 Order to Show Cause, and she has not complied with the December 5, 2018 Order. Accordingly, it is

**RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2. That the Clerk of Court be directed to terminate all pending motions and close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on March 7, 2019.

                                    JAMES R. KLINDT
                                    United States Magistrate Judge

bhc
Copies to:

Honorable Marcia Morales Howard
United States District Judge

Pro se party